# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>AZURE ESTATES OWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00980-APG-CWH<br><br>**ORDER** |

Presently before the court is Ricardo Fojas' Motion for Substitution of Defendant Falls Family Trust and Motion for Additional Time to File Answer or Responsive Pleading (ECF Nos. 31, 32), filed on January 30, 2019. Plaintiff filed a response (ECF Nos. 35, 36) on February 13, 2019. Fojas did not file a reply.

Fojas moves to substitute in as a party in place of defendant Falls Family Trust under Fed. R. Civ. P. 25(c), arguing he acquired the trust's ownership interest in the real property at issue in this case. Fojas also seeks additional time to answer or otherwise respond to the complaint. Having reviewed and considered the motion, and for the reasons stated in the motion, the court will grant the motion.

IT IS THEREFORE ORDERED that Ricardo Fojas' Motion for Substitution of Defendant Falls Family Trust and Motion to Additional Time to File Answer or Responsive Pleading (ECF Nos. 31, 32) is GRANTED.

IT IS FURTHER ORDERED that Ricardo Fojas is substituted as a party in place of defendant Falls Family Trust.

IT IS FURTHER ORDERED that Ricardo Fojas must answer or otherwise respond to the complaint by March 21, 2019.

DATED: February 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE