LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant Azure Estates Owners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SD3:<br><br>Plaintiff,<br><br>v.<br><br>AZURE ESTATES OWNERS ASSOCIATION; FALLS FAMILY TRUST; NEVADA ASSOCAITION SERVICES, INC, MICHAEL RUMPEL, STEPHANIE RUMPEL, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-00980-APG-CWH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND DEADLINE TO ANSWER TO COMPLAINT**<br><br>(First Request) |

Defendant AZURE ESTATES OWNERS ASSOCIATION ("HOA") by and through its counsel of record, Lipson Neilson P.C., and Plaintiff THE BANK OF NEW YORK MELLON ("Plaintiff") hereby agree and stipulate as follows:

1. Counsel for Plaintiff agrees to set aside the Default, filed on January 9, 2019 [ECF No. 22-2]; and

2. Counsel for Plaintiff agrees to extend deadline for HOA to file its Answer to Complaint on or before March 20, 2019.

Pursuant to Local Rule 6-1(b), the parties state the reason for setting aside the default is that counsel for the HOA has just recently been retained. The parties have

entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

THEREFORE, the above-referenced parties stipulate as follows:

1. Counsel for Plaintiff agrees to set aside the Default, filed on January 9, 2019 [

2. Counsel for Plaintiff agrees to extend deadline for HOA to file its Answer to Complaint on or before March 20, 2019; and

3. No other calendar dates are being extended at this time.

DATED this 14th day of March, 2019.

AKERMAN, LLP

*/s/ Natalie L. Winslow*

By:_____
Dareen T. Brenner, Esq.
Nevada Bar No. 8386
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
T: 702-634-5000
F: 702-380-8572
Darren.brenner@akerman.com
Natalie.winslow@akerman.com

*Attorneys for Plaintiff*

DATED this 14th day of March, 2019.

LIPSON NEILSON P.C.

*/s/ Julie A. Funai*

By:_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant Azure Estates Owners Association*

## ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

Dated: March 15, 2019.

_____
UNITED STATES DISTRICT JUDGE