# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:17-cv-00980-APG-DJA |
| Plaintiff | **Order for Joint Proposed Pretrial Order** |
| v. | |
| AZURE ESTATE OWNERS ASSOCIATION, et al., | |
| Defendants | |

As I stated in my prior order, plaintiff Bank of New York's judicial foreclosure and alternative breach of contract claims and defendant Ricardo Fojas's cross-claims against Azure Estates Owners Association and Nevada Association Services, Inc. remain pending because no party moved for judgment on those claims. ECF No. 71 at 2. Pursuant to the scheduling order, the joint proposed pretrial order was due 30 days after the decision on dispositive motions. ECF No. 39 at 3. The parties did not meet this deadline.

I THEREFORE ORDER that on or before March 13, 2020, the parties shall file a joint proposed pretrial order on the remaining claims. The failure to do so will result in dismissal of those claims and closing of this case.

DATED this 19th day of February, 2020.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE