RICARDO FOJAS
4400 S. Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
Tel.: (702) 413 24252
Defendant – Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2006-SD3, Plaintiff, v. AZURE ESTATES OWNERS ASSOCIATION; FALLS FAMILY TRUST, substituted by RICARDO FOJAS; and NEVADA ASSOCIATION SERVICES, INC.; ET AL.,, Defendants. | CASE NO.: 2:17-cv-00980-APG-CWH  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO BILL OF COSTS. (First Request)  **ORDER** |

COMES now defendant (pro se) Ricardo Fojas, in substitution of Falls Family Trust, and hereby moves this Honorable Court for an extension of ten (10) days from February 10, 2020 or up to February 20, 2020 within which to file Objection to Bill of Costs. This a first request.

Currently, the Objection to Bill of Costs is due on February 10, 2020. However, defendant is presently working on a Motion for Summary Judgment and trying to beat the deadline set by the court in his equally important other case. Defendant needs more time to study and make further research on this matter, then

1

arrange, compose, type and file his Objection to Bill of Costs. He needs around ten days more to accomplish all these by himself considering that he has other things to do to earn a living.

The parties will not be prejudiced by the extension requested. Defendant has communicated with counsel for plaintiff who signified her non-opposition to this motion.

WHEREFORE, it is respectfully requested that defendant's period within which to file objection to the Bill of Costs be extended by 10 days or up to February 20, 2020.

Dated: February 10, 2020.

RICARDO FOJAS
4400 S Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
Tel.: (702) 413 2452
Defendant – Pro Se

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: February 20, 2020.

2