RICARDO FOJAS
4400 S. Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
Tel.: (702) 413 24252
Defendant – Pro Se

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2006-SD3, Plaintiff, v. AZURE ESTATES OWNERS ASSOCIATION; FALLS FAMILY TRUST, substituted by RICARDO FOJAS; and NEVADA ASSOCIATION SERVICES, INC.; ET AL.,, Defendants. | CASE NO.: 2:17-cv-00980-APG-CWH  MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER (First Request)  **ORDER** |

COMES now defendant (pro se) Ricardo Fojas, in substitution of Falls Family Trust, and hereby moves this Honorable Court for an extension of thirty (30) days from March 13, 2020 or up to April 12, 2020 within which to file Joint Pretrial Order. This a first request.

Currently, the Joint Pretrial Order is due on March 13, 2020. Herein defendant has been working on said Order and has communicated with counsel for Azure Estates Owners Association (HOA) regarding this matter. However, he has been informed that HOA counsel has been out of office and has been in a place with "very limited access to email." Consequently and due to several matters to be

threshed out the parties need more time to confer and discuss the details of the Joint Pretrial Brief. The parties also need more time to find out if they can resolve the remaining issues between them amicably that may render the Joint Pretrial Brief unnecessary.

Counsel for HOA has been informed of this motion, and she did not interpose any opposition.

WHEREFORE, it is respectfully requested that the period to file Joint Pretrial Order be extended up to April 12, 2020.

Dated: March 12, 2020.

RICARDO ROJAS
4400 S Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
Tel.: (702) 413 2452
Defendant – Pro Se

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 16, 2020.

# CERTIFICATE OF SERVICE

I hereby CEERTIFY that today I have served copy of the foregoing –

MOTION FOR EXTENSION OF
TIME TO FILE JOINT PRETRIAL
ORDER
(First Request)

by email or U.S. Mail, with postage prepaid, to –

Darren T. Brenner, ESQ
Natalie L. Winslow, ESQ
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Attorneys for the Plaintiff

Nevada Association Services, Inc.
6625 S Valley View Blvd.
Las Vegas, NV 89118
Defendant

LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
JULIE A. FUNAI, ESQ
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Attorneys for Defendant Azure
Estates Owners Association

Dated: March  12 , 2020.