**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:17-cv-00980-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| AZURE ESTATES OWNERS ASSOCIATION, et al., | |
| Defendants. | |

Presently before the Court is Defendant Ricardo Fojas' Motion for Additional Discovery (ECF No. 93), filed on April 2, 2020 and Motion to Extend Joint Pretrial Order Deadline (ECF No. 94), filed on April 9, 2020.

This case involves a non-judicial foreclosure sale by a homeowners' association. The bank seeks a declaration that its deed of trust, which secures a loan, was not extinguished by the foreclosure sale. (Compl. (ECF No. 1).) The Falls Family Trust purchased the home at issue at the foreclosure sale. (*Id.*) After this litigation commenced, Fojas substituted in as a party in place of the Falls Family Trust. (Order (ECF No. 38).)

Fojas now moves for an additional discovery period as he indicates that there was insufficient discovery done on the cross-claims. Specifically, he seeks to discover more information on the alleged tender of payment by Plaintiff and the reasons for the HOA rejecting it. Significantly, he fails to cite the excusable neglect standard. Moreover, the discovery period ended on June 12, 2019. (ECF No. 39). Further, the parties have filed dispositive motions, which have been decided. As such, the Court finds that Fojas has not presented sufficient excusable neglect to re-open discovery at this late date and his request will be denied.

Fojas also requests another extension of time to file the joint pretrial order on the remaining issues due to difficulties communicating with opposing counsel amid the COVID-19

crisis.  The Court notes that an extension was previously granted.  (ECF No. 87).  Fojas' second request will be granted to extend the deadline from April 12, 2020 to May 12, 2020.  However, no further extensions will be granted absent exceptional circumstances.

IT IS HEREBY ORDERED that Defendant Ricardo Fojas' Motion for Additional Discovery (ECF No. 93) is **denied**.

IT IS FURTHER ORDERED that Defendant Ricardo Fojas' Motion to Extend Joint Pretrial Order Deadline (ECF No. 94) is **granted**.  The parties proposed joint pretrial order is due by May 12, 2020.

DATED: April 27, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE