**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff<br><br>v.<br><br>AZURE ESTATE OWNERS ASSOCIATION, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00980-APG-DJA<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 103]** |

I HEREBY GRANT Ricardo Fojas's motion (ECF No. 103) for an extension of time to respond to my order to show cause. Mr. Fojas's response is now due July 28, 2020.

DATED this 7th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE