UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:17-cv-00980-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| AZURE ESTATES OWNERS ASSOCIATION, et al., | |
| Defendants | |

On November 5, 2020, cross-claimant Ricardo Fojas and cross-defendant Azure Estates Owners Association reached a settlement of the remaining claims in this lawsuit. ECF No. 121. The parties were ordered to document their settlement and file dismissal papers by January 4, 2021. Since then, the parties have requested several continuances of the dismissal deadline. As detailed in the most recent status report, Mr. Fojas is the source of the delay. *See* ECF No. 133. He apparently is trying to link the settlement with resolution of claims he has against The Bank of New York Mellon.

This matter should have been closed long ago. There is no right or need to hold this settlement up while Mr. Fojas works on other matters. The parties negotiated a settlement seven months ago. If they do not sign final settlement documents by June __. 2021, I will enter an order enforcing (by way of a judgment) the terms the parties agreed to at the November 5, 2020 settlement conference. No further continuances will be granted unless requested, with good reason, by Azure Estates.

I THEREFORE ORDER the parties to submit a stipulation to dismiss all remaining claims in this case by June 25, 2021. If not, then by June 29, 2021, Azure Estates shall file a

brief explaining the terms of the settlement agreed to at the November 5, 2020 settlement conference and a proposed form of order granting judgment. Mr. Fojas will have until July 8, 2021 to file any response. No further briefing will be entertained.

DATED this 15th day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE