# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>        Plaintiff<br><br>v.<br><br>AZURE ESTATES OWNERS<br>ASSOCIATION, et al.,<br><br>        Defendants | Case No.: 2:17-cv-00980-APG-DJA<br><br>**Order Dismissing Remaining Claims and<br>Directing Entry of Judgment** |

   Cross-claimant Ricardo Fojas and cross-defendant Azure Estates Owners Association settled their remaining claims during a November 5, 2020 settlement conference. ECF No. 121. Since then, the parties have been ordered, at least seven times, to submit either a stipulation dismissing the remaining claims or briefs explaining the status of their efforts to finalize their settlement agreement.  My last order gave them until July 23, 2021 to submit a stipulation to dismiss.  They have failed to do so.

   I THEREFORE ORDER that Fojas's counterclaims against Azure are dismissed with prejudice under the terms of the parties' settlement.  This does not impact Fojas's ability to appeal my ruling regarding Nevada Association Services, Inc.[1]  Because this order dismisses all remaining claims, the clerk of court is ordered to enter judgment accordingly and close this case.

   DATED this 3rd day of August, 2021.

                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE

---

[1] I previously dismissed Fojas's crossclaim against Nevada Association Services, Inc. for failure to prosecute. ECF No. 108.